FILED
CLERK, U.S. DISTRICT COURT

JUL 1 0 2013

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NUMBER |
|---|---|
| PLAINTIFF | |
| v. | 5:13-MJ-00343 |
| Yu Nung Chen, | |
| | **ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT** |
| DEFENDANT(S). | |

Upon motion of <u>Defendant</u> , IT IS ORDERED that a detention hearing is set for <u>7/17</u> , <u>2013</u> , at <u>3:00</u>  ☐a.m. / ☒p.m. before the Honorable <u>SHERI PYM</u> , in Courtroom <u>4 - 3rd Floor</u> .

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.

*(Other custodial officer)*

Dated: **7-10-13**

**SHERI PYM**

~~U.S. District Judge~~/Magistrate Judge

---